2:23-cv-05913-JFA-MGB WRIGHT v Ray et al

THIS IS A CIVIL SUIT 42 U.S.C. § 1983

CLAIM OF VIOLATION OF CONSTITUTIONAL AMENDMENT

2024 FEB 26 AM 9:16

BROUGHT AGAINST SUMTER LEE REGIONAL DETENTION CENTER DIRECTOR PATRICIA RAY et al AND MEDICAL OF FACILITY IN THEIR INDIVIDUAL CAPACITY AS WELL AS THEIR OFFICIAL CAPACITY. AMENDMENTS 6th, 8th, AND 14th BY LACK OF FOLLOWING!

- INHUMAN AND UNSANITARY LIVING CONDITIONS;
- RESTRICTIVE VISITING HOURS - DENIAL OF CONTACT VISITS
- INADEQUATE RECREATION • RESTRICTIVE CORRESPON-DENCE RULES.
- INADEQUATE MEDICAL CARE
- UNCONSTITUTIONAL OVERCROWDING

UPON ENTERING THE SLRDC FACILITY WHICH DIRECTOR RAY IS HEAD OF OPERATION OF. I'VE BEEN TREATED CRUEL AND UNUSUAL BY SEVERAL OF DIRECTOR RAY OFFICIALS ON THE DEMAND OF DIRECTOR. I'VE SEND DIRECTOR GRIEVANCE THROUGH KIOSK ADDRESSING ABOVE MENTION ISSUE. HOWEVER, DIRECTOR NEVER SEEM TO ADEQUATELY INVESTIGATE ISSUE, IN HER INDIVIDUAL CAPACITY SHE WOULD RESPOND IN FAVOR OF STAFF LEAVING ME TO DELIBERATE INDIFFERENCE TO NO EXTREME. IN HER CULPABLE STATE OF MIND, DIRECTOR MOST CERTAINLY HAVE ABUSE HER AUTHORITY AS UNTO A. CLASSIFICATION SYSTEM WHICH INHOUSED ME IN A KEEPLOCK FOR SIX MONTHS IN INHUMAN SANITATION, CELL(S) WITH OLD MOLD, RESTRICTIVE VISITING HOURS - TO POINT MY RELATIVES HAVE BEEN TURNED AROUND, MY SEVENTEEN YOU OLD SON CAN'T COME SEE ME DUE TO BEING UNDER EIGHTEEN REQUIREMENT • INADEQUATE RECREATION - CONFINING ME TO A OVERCROWDED 5/8 CELL FOR SIX

2024 FEB 26 AM 9:16

CONT:                    2:23-CV-05913-JFA-MGB WRIGHT

MONTHS, ONLY ALLOW 35 DAYS/1HR PER DAY
TO TAKE SHOWER, CALL LAWYER OR FAMILY, ORDER
OR USE KIOSK TO ADDRESS GRIEVANCE ISSUE, ECT,
• UNSANITIZE OR CLEAN CLOTHS TO POINT WERE
HER STAFF SAY, "YOU ALWAYS WANT SOMETHING",
WHEN ASK FOR CLEAN UNIFORM; UNSANITIZE
TOILET DUE TO STAFF/OFFICIALS KEEP CLEANING
SUPPLIES LOCKED-UP TO THEIR PERSONAL USE,
• DEPRIVEMENT OF CALORIES ON DAILY BASIC-DUE
TO KITCHEN NOR MEDICAL HAVE A DIETITION
PERSONEL NOR MENU. ALTHOUGH SPECIAL TRAYS
IS BEING SERVED LIKE NO TOMATOES, ONIONS,
DOUBLE PORTION FOR OFFICERS TRUSTEES. HOWEVER
NO REMEDY FOR MY STOMACH ILLNESS REQUIREMENT
OF CALORIES (DIVERTICULITIOUS DIET).
• INADEQUATE MEDICAL CARE, UPON SEEING MEDICAL
BOUT MY STOMACH ILLNESS OF 9/27/23. PRYOR
TO THIS VISIT, I'VE BEEN HAVING STOMACH
ILLNESS, PAIN, CRAMPS TO NO EXTREME. MEDICAL
GAVE ME A ORDER OF KARAPHAT AND PEPCID.
WHICH ONE WERE AN ANTIBODY AND THE OTHER
REDUCE ACID REFLECTS. HOWEVER, SUCH
FOOD MENU'S THAT FACILITY SERVED WERE
A DANGER UNTO MY COLON. THIS MENU
IS A CONTINUATION OF FOODS WHICH MEDICAL
HAVE GIVEN ME A CHART INSTRUCTING ME OF
FOODS TO AVOID AND THE PAIN THESE FOODS
CAN BE OF DANGER. I'VE REQUEST A DIFFERENT
DIET MENU. HOWEVER, SUCH DIET IS WITHOUT
MEAT NUTRIENTS DUE TO REGULAR MEAL MENU
CONSIST OF MIXTURE OF PROCESS RED MEAT AND
CORN, GREEN PEAS WHICH IS SOME OF PRODUCE

2:23-cv-05913-JFA-MGB WRIGHT

THAT IS OF THE AVOID FOODS IN CHART WHICH MEDICAL ADVISED ME TO NOT EAT. I ASK ALL ABOVE STAFF INCLUDED IN THIS BOUT MEAL MENU. WHICH ALL (et al) HAVE DECLINED SUCH ATTEMPT, EVEN TO EXTENT OF ALLOWING ME TO PURCHASE FISH OFF COMMISSARY TO GIVE MY BODY ITS PROPER CALORIES, REQUEST DENIED - DIRECTOR RAY IN HER OFFICIAL CAPACITY HAVE • DENIED ME ACCESS TO LEGAL LAW LIBRARY, BY PUNISHMENT OF DEPRIVING ME ONLY ACCESS WERE AVAILABLE (TABLETS/APPS) DUE TO TWO STATE SENTENCE INDIVIDUALS WHICH ONE IS NO LONGER IN FACILITY. SUCH DEVICE DEPRIVEMENT • DENIED ME OF RELIGIOUS PRACTICES • EDUCATIONAL OPTIONS. ACCESS TO FAMILY MEMBERS AFTER SCHOOL AND WORK HOURS. THESE ACTIONS IN WHICH HER STAFF AND HERSELF HAVE DONE DURING MY SIX MONTHS OF INCARCERATION AT THE SLRDC FACILITY. HOWEVER THESE ACTIONS INFLICT PUNISHMENT WHILE INNOCENT, VIOLATED DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT. WHICH THE COURTS ESTABLISHED IN BELL v. WOLFISH BARS CRUEL AND UNUSUAL PUNISHMENT.

THESE ACTIONS OF MISCONDUCT I HAVE ATTEMPTED TO RESOLVE THROUGH GRIEVANCE PROCESS ON KIOSK BY REQUEST. SUCH GRIEVE I'VE BEEN WARNED I'LL HAVE TO PAY FOR, HOWEVER, REQUEST WASN'T IN FULL RESPONSE DUE TO ME ONLY RECEIVING MAYBE FOUR OUT OF MAYBE FIFTEEN OR MORE GRIEVANCE. THIS WERE TO SHOW THE COURTS THE LACK OF

ASSISTANCE WHICH DIRECTOR RAY et al HAVE REPEATEDLY AND DELIBERATLY CAUSE THROUGHOUT THEIR DAILY DUTY AS A PUBLIC OFFICIAL OR PRIVATE FACILITY STAFF.

WHICH BRINGS ME TO A REQUEST IN PUNATIVE MONETARY CLAIM OF $50,000.°°, MEDICAL EXPENSES FOR DAMAGES OF UNKNOWN EXISTANCE, RELIEF OF HER DELIBERATE INDIFFERENCES ADMINSTRANE REMEDIES OF CLASSIFICATION AND RECREATION CELL, DIET MENU RESTRICTIONS.

NEW VISITATION, SANITATION, CORRESPONDENCE PROCEDURE FOR DETAINEES, ACCESS TO LEGAL LAW LIBRARY AT ALL TIMES.

I SOUGHT RELIEF OF CLAIMS ACCORDING TO BELL V. WOLFISH AND WILSON V. SEITER, 501, U.S. OBJECTIVE HARMFUL ENOUGH TO ESTABLISH A CONSTITUTION VIOLATION, TO NO EXTREME AND CHART SHOWS DAMAGE WHICH FOOD MENU ON BACK OF CHART SHOWS CHOICE OF MEALS FACILITY PROVIDED AFTER MEDICAL ACKNOWLEDGEMENT OF STOMACH ILLNESS

(SEE LT. BENJAMIN AND MEDICAL)

2:23-CV-05913-JFA-MGB WRIGHT v. LUMPKIN

THIS CLAIM IS TO SAUGHT RELIEF FROM PERSON OF WHOM VIOLATED MY CONSTITUTION RIGHTS IN A CULPABLE STATE OF MIND IN ITS INDIVIDUAL AND OFFICIAL CAPACITY, IN THE AMOUNT OF FIFTHY THOUSAND DOLLARS/CLAIM•VIOLATING THE SIXTH AMENDMENT BY DEPRINEMENT OF FUNDS BY FAILING TO REINBURST X AMOUNT OF DOLLARS ON DIFFERENT OCCASSION; (6th AMEND) VIOLATING•EIGHTH AMENDMENT RIGHTS BY HOLDING ME IN A UNIT OF DISCIPLINARY AND MENTAL HEALTH DETAINEES, LABELING IT/ME AS A MAX IN SECURITY "DISCRIMINATING AGAINST ME, AS ARRESTED PERSON- WHOM INNOCENT TIL PROVEN GUILTY" APPLYING SEVERE PUNISHMENT OF LIKE 35 SHOWERS IN A SIX MONTH TIMING; 35 HRS OUT MY CELL IN A SIX MONTH FRAME; NO PRIVATCY IN 5/8 CELL CAUSING OVERCROWD- NESS FOR SIX MONTHS TO EXTREME OF MENTAL HEATH PATIENT FOR THREE OF SIX MONTHS INDANGERING MY LIFE. •DEPRIVING ME OF ADEQUATE RECREATION TIME AS WELL AS EXERCISE TIMING, CAUSING HEALTH DETERIORATION LIKE HIGH BLOOD PRESSURE THREATS, RESTRICTIVE VISITING A FAMILY CORRESPONDENT HOURS, RESTRICTED TO NO LAW LIBRARY TIME DUE TO DEPRINEMENT OF DEVICE WHICH LAW LIBRARY IS CONDUCTED ON, I. REQUEST THROUGH GRIEVANCE OF ASSISTANCE FOR LAW LIBRARY AND RESPONSE WERE THAT C/POD(MAX) AREA WERE NOT ALLOW DEVICE(TABLET) WHICH DENIED ME ACCESS TO LAW LIBRARY EVEN TIL THIS DAY AND REQUEST OR RESTRICTION TOOK PLACE IN NOV. 2023 DUE TO OTHER DETAINEES ACTION WHOM SO HAPPEN TO BE STATE SENTENCE INMATES. •THE EXCESSIVE CONFINEMENT VIOLATING DUE PROCESS RIGHTS OF EIGHTH AND FOURTEENTH AMENDMENT DUE TO EVERY SO MANY DAYS ONE SHALL HAVE AMINISTRANE REMEDIES AS EQUAL PROTECTION CLAUSE OF MEDIUM REQUIREMENTS OF A DETENTION CENTER. VIOLATION OF SIXTH

AMENDMENT DUE TO THE DEPRIVEMENT OF FREEDOM, LIBERTY, WITHOUT JUST REASON OF SUCH KEEPLOCK ON DETAINEE OR PUNISHMENT OF DETAINEE OF PENDING CHARGES. 29-E SPECIAL CONSIDERATIONS FOR PRETRIAL DETAINEES; 244 PRETRIAL DETAINEES ENJOY MANY OF THE RIGHTS THEY WOULD HAVE WERE, MAY NOT BE PUNISHED AND CAN CLAIM THAT JAIL PRACTICING SUBJECTING THEM TO PUNISHMENT VIOLATE THEIR DUE PROCESS RIGHTS TO BE FOUND GUILTY BEFORE PUNISHMENT IS INFLICTED 245 IN BELL V. WOLFISH THE SUPREME COURT DECLARES THAT THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT, WHICH GOVERNS WHETHER CONDITIONS OF CONFINEMENT SHOULD NOT VIOLATE ONES RIGHTS 246 THE COURT ESTABLISHED IN BELL THAT JAIL CONDITIONS SHOULD NOT BE ASSESSED UNDER THE EIGHTH AMENDMENT, WHICH BARS CRUEL + UNUSUAL PUNISHMENT, 247 BECAUSE PRETRIAL DETAINEES CANNOT BE PUNISHED AT ALL 248 INSTEAD CLAIMS ARE ASSESSED UNDER THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT. CH. 16 (JLM) 42 USC 1983 + 28 USC § 1331 TO OBTAIN RELIEF FROM VIOLATIONS OF FEDERAL LAW. HOWEVER TO INCLUDE SUCH PUNISHMENT IS WITHOUT PENELOGICAL ADMINISTRATIVE REMEDY AND/OR JUSTIFICATION DUE TO I HAVE NO DISPLINARY MIS-BEHAVIOR REPORTS, WHICH RESULTS TO KEEPLOCK OF 35 HOURS OUT IN SIX MONTHS TIMING OF 1 HR PER DAY. • I'VE REQUEST COPIES OF GRIEVANCE TO SHOW AND PROVE CONSISTINCY OF MY CRY FROM HIGHER AUTHORITY EXECUTIVE COMMAND STAFF TO INCLUDE DIRECTOR RAY, "(RESPONSE) FOR ME TO STOP WRITING SO MANY GRIEVANCE," WHICH POD OFFICERS HAVE WARN ME IN DIFFERENT OCCASSIONS AS TO INDANGER MY LIFE WITH OTHER DETAINEES WHOM LABELS ONE AS "SNITCH." THIS I SAUGHT RELIEF OF CLAIMS AMOUNT FROM MAJOR CHANAE LUMPKIN IN FULL OF MONETARY AND PUNATIVE DAMAGE BECAUSE SUCH EXPIERENCE IS FACTS SHE OPERATE IN A CULPABLE STATE OF MIND.

2:23-cv-05913-JFA-MGB WRIGHT

THIS SUIT IS BROUGHT AGAINST THE STAFF et al OF SLADC AS ONE PARTICULAR IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, OPERATING IN THE UPTMOST OF A CULPABLE STATE OF MIND — CAPT. WILLIARD SWEAT III OF THE SAID HAVE VIOLATED MY CONSTITUTIONAL RIGHTS

- SIXTH AMENDMENT, EIGHTH AMENDMENT, FOURTEENTH AMENDMENT; I SOUGHT RELIEF IN MONIES OF FIFTY THOUSAND DOLLARS/MONETARY AND PUNATIVE DAMAGES FOR SUCH STAFF AS LEADING OFFICIAL AT AS FOLLOWS.

- A SERIOUS DELIBERATE INDIFFERENCE TO CONDITIONS ON HIS BEHALF DENYING ME OF BASIC HUMAN NEEDS HOLDING ME IN KEEPLOCK IN RETAILATION FOR USING GRIEVANCE SYSTEM — GILL V. PHILYPCHAK, 389 F.3d 379 VIOLATING EIGHT AMENDMENT, FOURTEENTH AMENDMENT.

- ON 2-08-24 I WERE SEEN BY NURSE IN REGARDS TO MEAL MENU I'm SUBJECT TO DUE TO MEDICAL CONDITION. "NURSE," WHOM INFORMS ME THAT SHE HAVE NO CONTROL OVER KITCHEN AND NUTRIENTS OF MEALS I'm RECEIVING. HOWEVER, I WERE INFORM BY NURSE A SECOND TIME THAT MY BLOOD PRESSURE WERE HIGH AND I MAY NEEDED MEDS, NO RESULTS AS UNTO THAT YET.

- HOWEVER SAME ABOVE DATE AS CAPT. SWEAT SERVED LAST MEAL AND COMMAND POD AND KITCHEN STAFF THAT "I SHOULDNT BE RECEIVING DOUBLE PORTION MEALS ON VEGAN TRAY. CAUSING ME A LOST OF SEVERE WEIGHT BY LACK OF CALORIES, AS WELL AS DISCRIMINATING AGAINST ME OF EQUAL MEALS CALORIES AS OTHER DETAINEES RECEIVES. I RECEIVES A DIET OF VEGAN MEALS DUE TO LACK OF SUBSTITUTES OF PROPER NUTRITION SUCH AS MEATS, VEGAN MEALS COMES WITH A LITTLE MORE VEGGIES OR RICE. ONCE CAPT. SWEAT ACKNOWLEDGED SUCH. HE BEGAN TO INFORM OTHER OFFICERS AND KITCHEN STAFF NOT TO PREPARE MY MEALS IN SUCH MANNER. CAUSING ME A LACK OF SHORTAGE OF NUTRITION AND CALORIES.

2:23-cv-05913-JFA-MGB   Date Filed 02/26/24   Entry Number 12   Page 8 of 22

- CAPT. SWEAT BEING ONE OF EXECUTIVE COMMAND OFFICIAL HERE AS SLRDC DAY SHIFT OPERATOR HAVE ON SEVERAL OCCASSION BEEN ASK TO MOVE ME FROM "KEEPLOCK". I CANT ANSWER THAT, HOWEVER, OTHERS INSIST THAT DUE TO CAPT SWEAT FALSE ACCUSATIONS I WASN'T MOVED ON 12.15.23 TO INCLUDE DETAINEES WITH SAME ARRESTED CHARGES. ● ON 12.12.23 I ASK CAPT. SWEAT TO ASSIST ME WITH LAW LIBRARY, HE REPLIED HE WOULD TAKE CARE OF THAT; HOWEVER A FOLLOW-UP WERE DONE WITH ABOVE MENTION STAFFS, BUT NEITHER PERFORM DUTY TO ASSIST ME. 12.20.23 FOLLOW-UP WITH CAPT SWEAT BOUT LAW LIBRARY, HOTWATER IN CELL, CLEAN CLOTHING, HE DECLINES REQUEST BY FAILING TO PERFORM OR ASSIST IN THIS MATTER.

● 12.29.23 I INFORMED CAPT.SWEAT THAT I ORDERED TWO DIFFERENT ORDERS THE WEEK OF X-MAS (12.16.23-12.20.21-2023) WHICH NEITHER ORDER ARRIVED, CAPT.SWEAT IN HIS INDIVIDUAL AND OFFICIAL CAPACITY REPLIED" LOTS OF ORDERS WEREN'T RECEIVED DUE TO COMPANY MISTAKE. HOWEVER, ORDER OF 12.16.23 WERE DISCOVERED BENEATH STAFF DESK. ON 1.31.24 MISSING $10.24(B) HONEYBUNS AND THEY NEVER GOT REINBURST. VIOLATING MY SIXTH AMENDMENT RIGHT AND FOURTEENTH AMENDMENT OF DUE PROCESS. DUE TO CAPT SWEAT REFUSAL TO ADEQUATELY PERFORM HIS DUTIES AFTER I INSISTED I SEEN SAME ORDER ON STAFF DESK. WHICH FUNDS IS NEVER BEEN REPLACED.

● 01.02.24. I DID ANOTHER FOLLOW-UP FOR LAW LIBRARY, THIS RESPONSE CAPT.SWEAT REFERS ME BACK TO MAJOR WAMPKIN AVOIDING ME DUE PROCESS RIGHTS OF FOURTEENTH AMENDMENT AS UNTO DIRECTOR RAY.

● 01.04.24 DID FOLLOW-UP WITH CAPT.SWEAT BOUT HOT WATER IN CELL 211, HE REFER BACK TO MAKING A LIST.

2:23-cv-05913-JFA-MGB WRIGHT

1.10.24· DURING SERVING MEAL TIME, CAPT. SWEAT
AND TWO SGT. TOLD C-POD, WE WERE ALL ON
LOCK-DOWN DUE TO KEARINTINE OF ONE DETAINEE
CLAIMING COVID SYPTOMS. HOWEVER, FOR 14 DAYS
OR MORE WE WERE KEEPLOCK BEHIND DOORS
24/7 TO NO "EXTREME"; NO SANITATION, NO SHOWERS,
NO DISINFECTING LIVING UNITS; NO CLEANING NONE
AT ALL. WHICH CARRIED ON FOR FOURTEEN DAYS,
WHICH FORFILL THE 35 DAYS, 1 PER DAY WE WERE
ALLOWED SHOWERS IN SIX MONTHS KEEPLOCK. ALL
ON CAPT. SWEAT AUTHORITY. WHEN ASK CAPT. SWEAT
AS UNTO CRUEL AND UNUSUAL PUNISHMENT, HE STATES
" YOU CAME OUT OTHER DAYS," TO EXCUSE MISSING
SCHEDULE DAYS DELIBERATLY INDIFFERENCE TO
NO EXTREME EXCESSIVELY OPPRESSING THE
OPPRESS. FORCING ME TO BATH IN COLD SINK
WATER SEVERAL DAYS THROUGHOUT SIX MONTH
KEEPLOCK. VIOLATING MY EIGHTH AMENDMENT OF
CRUEL AND UNUSUAL PUNISHMENT BEING THAT CAPT.
SWEAT IS MORE THAN AWARE NO HOT WATER
EXIST IN CELL I'm HOUSED AND THEIR REFUSAL
OF SHOWERS WITHOUT PENELOGICAL REASONING.

1.29.24· UPON SERVING LUNCH, I TOLD CAPT. SWEAT THAT
VEGAN TRAY WERE APPROVED FOR ME. CAPT. SWEAT DENIED
ME SUCH TRAY AFTER I SHOWED HIM PREVIOUS BREAKFAST
MEAL TRAY AS EVIDENCE. CAPT. SWEAT REPLIED "THAT'S
OFFICIAL DENYING ME OF THAT MEAL AFTER I CRIED
THAT REGULAR MEAL IS OF HARM TO THE DIVERTICU-
LITOUS STOMACH DISEASE I TAKE MEDICINE FOR.

2.02.24 I SCREAM THROUGH DOOR OF CELL FOR
CAPT. SWEAT ASSISTANCE BOUT MISSING COMMISSARY,
HOWEVER, COMMISSARY YET HAVE BEEN REPLACED.
WHICH VIOLATES MY SIXTH AMENDMENT RIGHTS AND
FOURTEENTH AMENDMENT DUE TO LACK OF CAPT. SWEAT

PERFORMANCE IN HIS CULPABLE STATE OF MIND
IN HIS OFFICIAL AND INDIVIDUAL CAPACITY. MY
GRIEVENCE PROCESS ISN'T BEING CORRECTED
AND HIS ABILITY TO ASSIST ME AS A DETAINEE
IS NON EXISTANT TO NO EXTREME.

* 2·12·24 I FOLLOW-UP WITH CAPT. SWEAT IN
REGARDS TO DEADLINE OF ABOVE CASE AND
SUCH SERIOUSNESS OF LAW LIBRARY. CAPT. SWEAT
REFERRAL ME TO KIOSK MACHINE TO REQUEST
CASE LAW THAT HAVE TO BE PAID FOR FROM
MAJOR LUMPKIN. IN WHICH I HAVE NO
PARTICULAR CASE LAW I NEEDED ALL TO
ANY CASE LAW CONSISTANT TO CLAIM I'M
FILEING WHICH LEAD ME TO NO ASSISTANCE
BEING PRO SE, AND FACT I CANT SHEPERDIZE
FOLLOW CASE LAW REFERENCE. DEPRIVING
ME OF ACCESS TO EDUCATIONAL LAW MATERIAL.
CAUSING ME TO BE HANDICAP AND IGNORANT
TO LAW, WHICH HINDERS ME TO RIGHTFULLY
STATE MY CLAIMS, LEAVING ME TO SUFFER
CRUEL AND UNUSUAL PUNISHMENT OF A RISING
HIGH BLOOD PRESSURE AND INADEQUATE STOMACH
ILLNESS, PAIN, CRAPS, TO NO DEGREE, CAUSING
ME TO HAVE TO CONSUME KAROPHAT AND PEPSID
PILLS TO AVOID SEVERE DEATH THREATENING ILLNESS
KNOWN AS DIVERTICULITIS. WHICH ON PREVIOUS
DKT. NO. 12 at 3 EXPLAINS THE FOODS TO AVOID.
THE EFFECTS OF THE FOODS AND THAT SEVERE
PAIN THAT TAKE PLACE IF FOOD IS CONSUME AND
17-9 SHALL DESCRIBE THE MENU OF FOODS THAT
WERE BEING SERVED WHICH CAUSED ME WEIGHT
LOSSE DUE TO NO CONSUMPTION, NOR SUBSTITUTE
OF HARMLESS MEALS WHICH CHART ADVISED,
MEDICAL WARNS SUCH MEALS MENU IS OF SECURITY
RESPONSIBILITY NOT MEDICAL. THEREFORE I CLAIM
FIFTHY THOUSAND IN PUNATIVE AND MONETARY DAMAGES
TO NO EXTREME IN VIOLATION MENTION THROUGHOUT
DISTRIBTION OF ~~ACTIONS), IN HIS CULPABLE STATE OF MIND.

2:23-cv-05913-JFA-MGB Wright v. Dir. Ray et al

DETAINEE TRAVIS J. WRIGHT REQUESTING RELIEF OF CLAIMS IN HIS FAVOR DUE TO SEVERAL STAFF AND OFFICIAL VIOLATING CONSTITUTIONAL RIGHTS OF SIXTH, FOURTEENTH, EIGHTH, AMENDMENTS AS WELL AS INADEQUATE MEDICAL TREATMENT, DENIAL OF PROPER NUTRITIONAL MEALS, PROPER/ADEQUATE REC. OPPERTUNITY TO EXERCISE, UNSANITIZE LIVING CONDITION, OVERCROWDNESS/LIVING, ENVIRONMENT, DENIAL OF ACCESS TO LEGAL ASSISTANCE-LAW LIBRARY, RESTRICTED VISITATION, DENYIAL ADMINISTRATIVE REMEDY PROCESS.

− 8·15·23· I (DETAINEE) ENTER FACILITY, SLRDC-SUMTER LEE REGIONAL DETENTION CENTER. UPON BOOKING, I WERE PLACED INTO B.POD (AKA. MAX SECURITY). WHILE IN B.POD I WERE SUBJECT TO BEING CONFINED 24 HRS, OTHER THAN DAYS I WERE ALLOWED SHOWERS OUT OF 5 BY 8 CELL B·108. SUCH SCHEDULE WENT ACCORDINGLY OF DAYS FOR 1 HR PER DAY− AUGUST·17,21,23,25,29,31, ALL WERE DAYS TO SHOWER, CLEAN CELL, PHONE CALL, ECT. (1 HR. PER DAY) ALL OTHER DAYS WERE NOT ALLOWED DUE TO THE SLRDC CLASSIFICATION SYSTEM CLASSIFYING ME AS MAX SECURITY, BECAUSE OF ARRESTED CHARGE. WHICH SIMPLY VIOLATES 29-E SPECIAL CONSIDERATIONS FOR PRETRIAL DETAINEES, 14ᵗʰ AMENDMENT OF DUE PROCESS CLAUSE; BELL V. WOLFISH − UNDER EIGHTH AMENDMENT, CRUEL + UNUSUAL PUNISHMENT. CH.16 (GUM) 42 USC § 1983 + 28 USC § 1331° OBTAIN RELIEF FROM VIOLATIONS OF FEDERAL LAW.

8·31·23 −
OFFICER SGT. BOWMAN MOVED ME FROM B·108 TO C·211. BEFORE ACTUALLY GETTING INTO CELL C·211, SGT. BOWMAN WARNS ME THAT CELL WERE OVERRIGHT OF FILTHY CONDITION AND IS UNBEARRING. THAN I REQUEST CLEANING SUPPLIES IN WHICH SGT. BOWMAN REFUSED. HOWEVER THE HEAT/AIR UNIT WERE OFF AND STAYED OFF TIL 9·40AM 9·5·23 IS DATE AND TIME UNIT CAME BACK ON.

AROUND BOUT 8/30/23; 3:40 PM I SAUGHT TO RECEIVE MEDICAL ASSISTANCE THROUGH B-POD OFFICER-SGT. TAMELIA GREGG WRIGHT, WHOM ON SEVERAL OCCASSIONS VIOLATED MY 6th, 9th, 14th, AMENDMENT RIGHT IN HER INDIVIDUAL AND OFFICIAL CAPACITY. ON THE FOLLOWING DATES SGT. T. GREGG WRIGHT VIOLATED MY CONSTITUTIONAL RIGHTS AS FOLLOWS.

• DENIAL OF ASSISTANCE TO MEDICAL TREATMENT UPON REQUEST.

• DENIAL OF ADEQUATE ADMINISTRATIVE ~~RIGHTS~~ REMEDIES DENIAL OF ACCESS TO DUE PROCESS RIGHTS 14th AMENDMENT

• DENIYAL OF ADEQUATE RECREATION TIME TO EXERCISE

• DEPRIVEMENT OF PERSONAL PROPERTY AND MONIES WITHOUT ADMINISTRATIVE REMEDY JUSTIFICATION.

• DELIBERATE INDIFFERENCES BY RECOMMENDING KITCHEN STAFF TO MINUS NUTRITION IN DIET MEALS; CONTINUALLY DEMANDING KITCHEN STAFF "NO DOUBLE PORTION," WHEN IN VEGAN MEALS DOUBLE PORTION SUBSTITUTE MISSING CALORIES OF MEAT/PROTEIN, WHICH SGT. G. WRIGHT DONT INSIST TO BE SUBSTITUTED. CAUSING SEVERE WAIT LOST DUE TO MINUS PORTION ON STAFF REQUEST.

• SGT. G. WRIGHT DELIBERATELY TO BEST OF HER ABILITY IN HER INDIVIDUAL AND OFFICIAL CAPACITY REFUSES AT ANY TIME POSSIBLE TO GIVE C/POD SHOWERS/REC.

• SGT. G. WRIGHT HAS AND CONTINUES TO DEPRIVE ME OF MY PERSONAL PROPERTY SUCH AS COMMISSARY VIOLATING MY SIXTH, EIGHTH, FOURTEENTH, AMENDMENT RIGHTS. FROM MOST RECENT TO LASTEST. OFFICER SGT. MOORE DISCOVER ORDER # 24540727 UNDERNEATH THE DESK OF CONTROL BOTH OF C/POD LIVING UNIT. SUCH ORDER WERE BROUGHT TO ME ON JAN. 31, 2024, HOWEVER I PLACED ORDER ON 12/16/2023, ON 12/20/2023 I ADDRESSED SGT. G. WRIGHT BOUT SUCH ORDER BECAUSE I OBSERVED IT INSIDE C/POD CONTROL BOTH (STAFF OFFICE) THROUGH GLASS WINDOW. SGT. G. WRIGHT DENIED SUCH ORDER EXIST WITH REPLY THAT "NO ONE RECEIVED COMMISSARY IN C/POD LIVING QUARTERS, HOWEVER, NEXT DAY AM HOURS I. ADDRESSED A SECOND OFFICER BOUT ORDER ON

INSIDE DESK OF CONTROL BOTH, THIS OFFICER LIES AND COVER "ORDER WITH OTHER ITEMS TO SAY" NO THAT'S NOT YOURS, WITHOUT LOOKING TO CHECK IN HIS OFFICIAL CAPACITY, AND INDIVIDUAL CAPACITY CAUSING ME DELIBERATE INDIFFERENCES SURROUNDING DEPRIVEMENT OF MY PERSONAL PROPERTY. SEE OFC JOHNSON IN FURTHER NOTES. SUCH ACTION CONTINUES FROM OFFICER SGT. G. WRIGHT

- SUCH ORDER WERE MISSING FOR 1.5 MONTH AND UP TO THIS DATE 02-11-2024 I'M STILL MISSING $10.45-1-7303 (5) HONEYBUNS.

- ON 11/09/2023 ORDER # 24312718, AS SGT. G. WRIGHT INVENTORY SUCH ORDER. SHE NEVER CREDIT MISSING ITEM D.3315 $4.92 P/NUT BUTTER (3) THAT SUCH MONEY GET REFUNDED BACK TO MY ACCOUNT. UPON TELLING SGT. G. WRIGHT BOUT SUCH INADEQUATCY SHE DENIED REFUND BY NOT ACKNOWLEDGING IT ON RECEIPT CAUSING ME A LOST OF BAY AND INADEQUATLY GRIEVANCE OUT TO DIRECTOR OF OTHER FUNDS BEING REFUNDED DIRECTOR MADE ACCUZATION DIFFERENT ORDER DELAYING TIME FOR SAME ITEMS OF THAT DAY I RECEIVED ORDER TIME TO REVIEW CAMERA THAT P/NUT BUTTER WERE MISSING 11/15/2023 TO PROVE ME AND OFFICER ASSISTANCE BOTH TOLD OFC. SGT. G. WRIGHT, FROM BAG, AS

- UPON SUCH ACTION I SAUGHT RELIEF OF CLAIMS OF VIOLATION OF 6th, 8th, 14th AMENDMENT RIGHTS OF CRUEL+UNUSUAL PUNISHMENT, DEPRIVEMENT OF PERSONEL PROPERTY, VIOLATION OF DUE PROCESS - DENIAL OF ADMINISTRATIVE REMEDIES. BELL vs. WOLFISH; RHEAM VS. MALCOLM.

AS OF THIS DATE ABOVE MENTION MISSING OF FUNDS AND OR FOODS (COMMISSARY) HAS NOT BEEN REFUNDED NOR REPLACE AND SGT. G. WRIGHT IS FULLY RESPONSIBLE FOR SUCH LOST BECAUSE IN HER INDIVIDUAL AND OFFICIAL CAPACITY SHE REFUSE TO VERIFY ITEMS AS THE JOB TITLE REQUIRE.

2:23-cv-05913-JFA-MGB  WRIGHT

Violation of 6th, 14th Amendment/Sgt. Bowman
Due Process, Clause; Cruel + Unusual Punishment

- Sgt. Bowman, whom moved me from B.Pod-108 to C.Pod-211. Moved me in a very unclean and unsanitize area. Upon requesting cleaning supplies Sgt. Bowman deleberatly never provided. Which as of today still have mole from food or waste residue in ceiling due to lack of cleaning in cell before me being placed into it (211). When ask Sgt. Bowman to clean and disinfect area(s) of cell, "its no - or not today."

- Sgt. Bowman works C-Pod normally and routinly; upon him working C-Pod, he tends to deleberatly (as other co-workers have said) find other things to do refusing to give individuals and me showers as schedule. Giving and putting us in a lack of uncleaness for weeks with a repeat schedule of an average of thirty-five showers in the six months time ~~frame~~ frame that I've been here, at SLRDC.

- This include the indangerment of my life due to a covid lock-down. No mask, no cleaning; no sanitation, nothing to protect me from covid endangerment. Violating the eighth amending rights and other federal laws, equal rights protection.

- Officer, Sgt. Bowman also refused a order/ request of my commissary confirmation as well violating my sixth amendment right, deprivement of personel property, however I got refunded through grievance system with chain of command, no help through him.

Due to these actions and misconduct I saught claims of violations of my costitutional rights of my 6th, 8th, 14th Amendment (Cruel + Unusual Punish.) ment.

JFA-MGB WRIGHT

• ON 12·16·23 I ORDERED COMMISSARY WHICH WOULD ARRIVE ON 12·20·23. UPON NOT RECEIVING THE ORDER #245H0727 ON THAT WENESDAY (12·20·23). I BEGAN TO ASK THE OFFICER OF THE POD ; DID MY COMMISSARY CAME. I LOOKED ONTO THE OFFICER OFFICE AND DESK , AT SUCH TIME IS WHEN I WITNESSED MY COMMISSARY ON THE DESK ASK OFC. JOHNSON FOR IT, OFC. JOHNSON IN HIS INDIVIDUAL AND OFFICIAL CAPACITY TOOK ANOTHER ITEM AND COVERED THE ITEMS UP IN CORNER OF DESK AND STATED UNTO ME " NO THAT'S NOT YOURS," HOWEVER, 45 DAYS LATER ANOTHER OFFICER ON 01·31·24 FOUND THIS ORDER HIDING BENEATH STAFF DESK IN OFFICE WHICH I WITNESS THE COMMISSARY AT THE ARRIVAL DATE; HOWEVER BAG WERE MISSING $10.45 OUT BAG (5) HONEYBUNS TO BE EXACT. UP TO THIS DATE OF 02·13·24 THESE FUNDS HAVE NOT BEEN VERIFIED AS MISSING AND ITS DEPRIVING ME OF REINBURSTMENT. THIS ACTION HAS VIOLATED MY SIXTH AMENDMENT AS WELL AS MY FOURTEENTH AND EIGHTH AMENDMENT. I ALSO ASK OFC. JOHNSON FOR ASSISTANCE ON TABLET CHARGE-UP SEVERAL DAYS PRYOR TO 12·22·23 AND HE WOULD DECLINE - ON 12·22·23 AM HOURS OFFICER JOHNSON APPROACH CELL - C·211 AND TOLD ME TO "GIVE HIM TABLET HE COULD GET IT CHARGED." ALL ALONG ~~~~~~~~~~~~ OFC. JOHNSON AT SOME POINT DECIDED HE WASNT RETURNING THE TABLET DEPRIVING ME ACCESS TO LAW LIBRARY, RELIGOUS SERVICE, AND ACCESS TO EDUCATION SERVICES. FOR UNKNOWN REASON. SUCH ACTION VIOLATES MY RIGHTS OF CONSTITUTION FEDERAL LAW 14th, 8th, 6th AMENDMENTS, CRUEL & UNUSUAL PUNISHMENT, VIOLATION DUE PROCESS, VIOLATION OF DEPRIVING OF PROPERTY (6th AMENDMENT).
VIOLATION OF SIXTH AMENDMENT RIGHT/ DEPRIVING OF PERSONAL PROPERTY , VIOLATION OF DUE PROCESS CLAUSE. SGT. MOORE ; ON 01·31·24 I RECEIVED COMMISSARY ORDER NUMBER # 245H0727 FROM/BY SGT. MOORE. HOWEVER SUCH ORDER WERE MISSING ($10.45) HONEYBUNS (5) ASK SGT. MOORE TO VERIFY HE CLAIMED HE DID HOWEVER REINBURSEMENT NEVER TOOK PLACE. AS I REQUEST THE REINBURSTMENT, I GET THAT IM

BEING AGGREVATE OR I'M OVERREACTING UNTRUE
FACTS THAT OFFICER SGT. MOORE FAIL TO CLEARIFY
WITH RESPONSIBLE PERSON OF REINBURSTMENT, CAUSING
MY CONSTITUTIONAL RIGHT OF MY SIXTH AND FOURTEENTH
AMENDMENT TO BE VIOLATED. I'VE GRIEVANCE THIS
ISSUE, HOWEVER ADMINISTRATIVE REMEDIES DON'T
EXIST DUE TO NO GRAIVANCE COORDINATOR SYSTEM
PERSONEL EXISTING.

- VIOLATING CONSTITUTIONAL RIGHT OF 6th, 14th, 8th
  AMENDMENT AND SUCH CLAIM IN VIOLATION
  I REQUEST RELIEF OF $50,000.00 FOR PUNATIVE,
  MONETARRY et al DAMAGES, PER ABOVE MENTION
  STAFF OF SLRDC AND THOSE TO FOLLOW BELOW
  THIS CLAIM. (OTHERS TO BE ADDED)';

- ALL OF ABOVE MENTIONED MISCONDUCT OF THE STAFF
  OF THE SLRDC FACILITY, IS AT A DEGREE A CONTINUEOUS
  BEHAVIOR. I, ADDRESSED THESE MISCONDUCT TO HIGHER
  RANKING STAFF, AND I GET RETAILIATION FROM THE STATE(S)
  FOR USING GRIEVANCE SYSTEM-WHICH EXPLAINS WHY I'M
  BEING HOUSED WITH A MENTAL HEALTH PATIENT IN A
  5/8 CELL ENDANGERING MY LIFE AND MENTAL ABILITY
  SERVERLY BY THE TANDRUMS OF MENTAL PATIENT
  AND THE LACK OF REST AS WELL AS NON-STRESSFUL
  DAYS-CAUSING ME HIGH BLOOD PRESSURE RESULTS
  THAT IS NOT BEING GIVEN OPPERTUNITY TO RESOLVE. THE
  MISCONDUCT HAS LEAD TO SERIOUS AND EMOTIONAL
  DETERIORATION TO NO EXTREME. BELOW IS THE FOLLOWING
  ABUES AND UNUSUAL PUNISHMENT CARRIED OUT BY STAFF
  VIOLATING MY SIXTH, EIGHTH, FOURTEENTH, AMENDMENT RIGHT.

- UNSANITARY LIVING CONDITIONS • RESTRICTIVE VISITING HOUR
- DENIAL OF ADEQUATE RECREATION • RESTRICTIVE CORR-
  ESPONDENCE • UNCONSTITUTIONAL OVERCROWDING - 5/8
  CELL(S) • DENIAL ACCESS TO LAW LIBRARY • INADEQUATE
  MEDICAL CARE. FOR IN PROVIDING FOR DETENTION CORR. INST.
  MUST BE MORE THAN MERE DEPOSITORIES FOR HUMAN BAGGAGE
  AND ANY DEPRIVATION OR RESTRICTION OF THE DETAINEE'S
  RIGHT. BEYOND THOSE, WHICH ARE NECCESSARY OF CONFINE-
  MENT ALONE MUST BE JUSTIFIED BY A COMPELLING NECCESITY.
  SHARPIRO V. THOMPSON, 394 U.S. 618

2:23-cv-05913-JFA-MGB WRIGHT

VIOLATION OF MY SIXTH, EIGHTH, FOURTEENTH AMENDMENT RIGHTS - SGT. BEHUNIAK. I SAUGHT RELIEF FROM ABOVE VIOLATIONS OF MISCONDUCT IN PONATIVE, MONETARY, ECT, RELIEF OF FIFTY THOUSAND DOLLARS FOR PAIN AND SUFFERING OF OFFICER(S) ACTION CONTINUE AS OFFICER(S) PERFORM IN THEIR CUPABLE STATE OF MIND.

As OF 9-14-2023, I ORDER COMMISSARY OF ~~SGT~~ ORDER NUMBER #23,937,382. UPON RECEVING THIS ORDER FROM SGT. BEHUNIAK, HE STATED IN A COLPABLE STATE OF MIND, IN HIS INDIVIDUAL AS WELL AS PHYSICAL CAPACITY THAT THE ORDER WERE CONFIRM AS ALL WERE PRESENT (ITEMS) AND HE NEEDED MY SIGNATURE. I RECEIVED ORDER PROCEED TO CHECK ITEMS. SGT. BEHUNIAK CLOSE C-211 DOOR LEAVING ME TO HAVE TO SCREAM BETWEEN DOOR CRACKS TO MAKE HIM AWARE OF MISSING ITEMS OUT ORDER # 23,937,382. HE ACKNOWLEDGE MY CRY ABOUT MISSING ITEMS AND RETURNED UNTO CELL C-211. HOWEVER, ITEMS MISSING TOTAL OF FOUR ITEMS AS UNTO ONE WERE CREDIT BACK. LEAVING THREE REMAINING NOT CREDIT FOR. HERE IS ONE ITEM WERE CREDIT, SGT. BEHUNIAK DID ACKNOWLEDGE

THAT SUCH CREDIT SIGNATURE WERE OF OFFICER OF B·POD ("WHICH RECEIVETH ALL COMMISSARY FIRST"), SGT. G. WRIGHT. UPON SGT. BEHLNIAK ACKNOWLEDGING MISSING ITEMS HE MARK THE TURN-IN RECEIPT AND TOLD ME I'D BE CREDIT FOR MISSING ITEMS. UP TO KNOW SUCH MONIES NEVER WERE CREDIT TO ME BECAUSE OF RESPONSIBLE PERSONS LACK OF PROFESSIONALISM IN THEIR OFFICIAL CAPACITY TO PROPERLY REPORT MISSING ITEMS (1) 4185-$.97; (1) 6007-$1.27; 6429(1)-2.02. I REQUESTED REFUND FOR THESE ITEMS FROM STAFF THROUGH GRIEVANCE SYSTEM TO EXECUTIVE COMMAND STAFF (SEE MAJOR LUMPKIN), HOWEVER, SUCH REQUEST WERE DENIED TO NO REFUND BEING REINBURST. I REQUEST COPIES OF GRIEVANCE TO SHOW THE CONSISTANCY OF MY ATTEMPT TO RECEIVE MY REFUND SUCH REQUEST WERE DENIED IN PART AND GIVEN FEES FOR COPIES. WHICH, BRING ME TO VIOLATION OF DUE PROCESS OF ADMINISTRATIVE REMEDIES OF MY FOURTEENTH AMENDMENT OF EQUAL RIGHTS PROTECTION, SIXTH AMENDMENT OF DEPRIVEMENT OF PROPERTY, AND EIGHTH AMENDMENT OF CRUEL AND UNUSUAL PUNICH-MENT.

2:23-cv-05913-JFA-MGB WRIGHT

ON 9.23 MONTH AND YEAR, I WERE
TOKEN TO MEDICAL BY LT. BENJAMIN.
UPON THE VISIT, MEDICAL STAFF WARNS ME
THAT I MAY HAD HIGH BLOOD PRESSURE BUT
ACKNOWLEDGED THAT I HAD DIVERTICULITIOUS
THROUGH QUESTIONAIRE AND MEDICAL REPORT.
WHICH LT. BENJAMIN WITNESS. THIS BRINGS ME
TO SAUGHT CLAIM OF INADEQUATE MEDICAL
ASSISTANCE, CARE, AND TREATMENT VIOLATING MY
EIGHTH, FOURTEENTH AMENDMENT RIGHTS OF
EQUAL PROTECTION FEDERAL LAW OF A DETAINEE.
LT. BENJAMIN AS A SHIFT MANAGER FAILED TO
REPORT TO SLRDC THE DANGER OF THE
ADVISED, DAILY FOOD PRODUCTS TOO KITCHEN
STAFF IN WHICH NURSE AND HERSELF NEW
IS A DANGER TO MY COLON/STOMACH AND
OTHER PORTIONS OF MY PHYSICAL INSIDES.
LT. BENJAMIN ACKNOWLEDGE THAT I SHOULDNT
EAT CORN, GREEN PEAS, ECT DUE TO AN, AVOID
FOODS CHART WERE GIVEN ME AND
DISCUSSED WITH ME BY HER AND NURSE
DUE THE FACT THEY BOTH HAD KNOWLEDGE
OF STOMACH ILLNESS. HOWEVER, NURSE
WARNS ME THAT, (2.8.24, 2.12.24, AND 9.17.23)
ON ABOVE DATES " MEDICAL STAFF HAVE NO
DIVERTICULITIOUS DIET, CAN'T CONTROL FACILITY

KITCHEN MENU." HOWEVER SAME NURSE HAVE
TWICE CHECK MY BLOOD PRESSURE AND STATED
I HAD HIGH BLOOD AND NEVER FOLLOW-UP
WHICH FIRST APPEARANCE TOOK PLACE WITH
LT. BENJAMIN, (SEE MEDICAL FOR FURTHER ON
NURSE) HOWEVER LT. BENJAMIN BEING HIGH
AUTHORITY OF SLRDC "INDANGER MY HEALTH,"
AND LIFE BEING IN HER INDIVIDUAL CAPACITY
HAVING KNOWLEDGE OF DANGER OF FOODS BEING
SERVED AND IN HER OFFICIAL CAPACITY LACK
ADEQUATE MEDICAL CARE BY FAILING TO
PROPERLY REPORT TO KITCHEN STAFF OF SUCH
HARM AS WERE TOLD TO ME. HINDERING AND
DENYING ME OF ADMINISTRATIVE REMEDIES AS
UNTO A MORE APPLICLE DIET FOOD MENU
MEALS. THE INCONSISTANCE OF FACILITY STAFF
ADEQUATE CARE IS DISCRIMINATION, VIOLATION
OF EQUAL PROTECTION RIGHTS OF DUE PROCESS,
CRUEL & UNUSUAL PUNISHMENT. BECAUSE FACILITY
MAY NOT HAVE DIETITIAN, HOWEVER THEY SERVE
SPECIAL MEALS AND THEIR MEDICAL STAFF
HAVE THAT MOST VULNERABLE SYSTEM "GOGGLE,"
THEREFORE ALL KNOWLEDGE OF DIET MEALS
SHALL BE AVAILABLE. VIOLATING MY EIGHTH
AND FOURTEENTH AMENDMENT. I SAUGHT MONETARY,
PUNATIVE DAMAGES IN CURRENCY OF FIFTHY

CONT.     2:23-CV-05913-JFA-MGB-WRight

THOUSAND. FOR STAFF IS WORKING IN
THERE CULPABLE STATE OF MIND AND HAVE
THE EXPERIENCE OF A WELL KNOWN DUTY
OF DETENTION CENTER PROCEDURES.

MEDICAL STAFF/SURDC HAS AS FOLLOWED
VIOLATED MY EIGHT AMENDED RIGHTS AND
FOURTEETH AMENDMENT OF DUE PROCESS OF
EQUAL PROTECTION RIGHTS. AS OF 9-27-23
I WERE TOKEN TO MEDICAL TO BE ADDRESSED
BOUT MEDICAL STOMACH CONDITION "DIVERTICULITIOS,"
SUCH VISIT, I WERE ESCORT BY LT. BENJAMIN AND
WERE ADDRESS UNTO THE DANGERS OF FOOD
NOT TO EAT TO AVOID DANGER TO MY COLON.
MEDICAL STAFF, GAVE ME A SHEET THAT
GIVES ME FOODS TO AVOID AND THE DANGER
OF FOODS IF I DONT AVOID. THESE FOODS
ALSO IS A THREAT TO MY LIFE. THEY
CAN CAUSE COLON CANCER, INFECTIONS,
FATIQUENESS, STOMACH PAINS AND LOTS
OF RESTROOM USAGE. MEDICAL PRESCRIBED
ME TWO DIFFERENT TYPES OF MEDICINE:
PEPCID AND KARPHAIT ←(Other SPELLING) ! THEY ADVISED
ME THAT IT WERE TO KEEP INFECTION DOWN
AND KEEP ADCID DOWN TO KEEP FROM
HAVING REFLECTS. LEAVING THE ILLNESS
TO CAUSE MORE PHYSICAL HARM AFTER

ADVISING MEDICAL OF THE SURGERY IN WHICH MY PERSONAL DOCTOR AUDREY OF SANTEE COOPER URGENT CARE + COLONIAL URGENT CARE. HAVE ADVICE ME THAT NEED TO TAKE PLACE. MEDICAL OF SLRDC ADVISE ME THAT SUCH SURGERY WASN'T GOOD THAT FOOD MONITORING WERE OF BEST ADVISE ACKNOWLEDGING AT SAME TIME THAT SUCH ADVISE NEEDED FURTHER PROCEEDING AND RECOMMENDATION TO HIGHER AUTHORITIES SUCH AS DIRECTORS AND KITCHEN STAFFS. WHICH LEAVES ME TO INADEQUATE MEDICAL CARE, RESTRICTIVE CORRESPONDENCE RULES, VIOLATING MY EIGHTH, FOURTEENTH, AMENDMENT RIGHTS OF EQUAL PROTECTION RIGHTS OF DE-TAINEE OF DETENTION CENTER. I SAUGHT RELIEF OF DEFENDANTS OF FIFTHY THOUSAND DOLLARS PER CLAIM. I REQUESTED MEDICAL SICK CALLS HOWEVER REQUEST CAN ONLY BE MADE BY COURT AUTHORITY AND RELEASED BY MY SIGNATURE. REQUEST LAST MADE (2-12-24) DENIED. DUE TO THE FACT MEDICAL AND FACILITY HAVE YET FAIL AFTER SIX MONTHS, OPERATING IN THE CULPABLE STATE OF MIND TO ASSIST ME WITH A DIVERTICULITIOUS DIET THAT DON'T INDANGER MY LIFE AS THE FACILITY MEAL MENU TODAY.